IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. ROBINSON, | No. C-09-2075 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |
| v. | |
| HOMEQ SERVICING, et al., | |
| Defendants. | |

On June 2, 2009, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, including the pending motions to dismiss and to strike, the Court hereby DIRECTS defendant Barclay's Capital Real Estate Inc. to submit a chambers copy of its Notice of Removal, filed May 12, 2009.

**IT IS SO ORDERED.**

Dated: June 5, 2009

_____
MAXINE M. CHESNEY
United States District Judge