IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROBINSON and others similarly situated,<br><br>          Plaintiff,<br>  v.<br><br>ARGENT MORTGAGE COMPANY LLC, et al.,<br><br>          Defendants | No. C 09-2075 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |

      Before the Court are defendant Barclays Capital Real Estate, Inc.'s ("Barclays") motion to dismiss and motion to strike, each filed May 19, 2009 and currently scheduled for hearing July 10, 2009. On June 15, 2009, plaintiff filed an Amended Complaint.

      A party may amend a pleading "once as a matter of course at any time before a responsive pleading is served." See Fed. R. Civ. P. 15(a).[1] "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956).

      Accordingly, the Court hereby DENIES as moot Barclays' motion to dismiss and motion to strike.

      **IT IS SO ORDERED.**

Dated: June 16, 2009

                                                              MAXINE M. CHESNEY<br>
                                                              United States District Judge

---

[1] A motion to dismiss is not a "responsive pleading." See Crum v. Circus Circus Enters., 231 F.3d 1129, 1130 n. 3 (9th Cir. 2000).