IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. ROBINSON, and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ARGENT MORTGAGE COMPANY LLC, et al., <br><br> Defendants. | No. C-09-2075 MMC <br><br> **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

The hearing date for the motion to dismiss, filed July 4, 2009 by defendants Barclays Capital Real Estate, Inc. dba HomeEq Servicing and Wells Fargo Bank, NA as Trustee, is hereby CONTINUED from August 7, 2009 to August 14, 2009. See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after service of the motion").

**IT IS SO ORDERED.**

Dated: July 7, 2009

MAXINE M. CHESNEY
United States District Judge