IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. ROBINSON, | No. C-09-2075 MMC |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION IN OPPOSITION TO COURT ORDER; DIRECTIONS TO CLERK** |
| v. | |
| ARGENT MORTGAGE COMPANY LLC, et al., | |
| Defendants. | |

Before the Court is plaintiff's "Ex Parte Motion in Opposition to Court Order which Denied My In Forma Pauperis Status under Federal Civil Local Rules 7-10(b)," filed July 24, 2009, by which plaintiff requests reconsideration of the denial of his application to proceed in forma pauperis.

On June 16, 2009, the Court denied without prejudice plaintiff's application to proceed in forma pauperis, for the reason that no filing fee was due in the instant action, as the action was removed from state court by defendant Barclays Capital Real Estate, Inc., which defendant had paid the filing fee. (See Order filed June 16, 2009.) Nonetheless, by letter dated June 29, 2009, the Clerk's Office instructed plaintiff to pay the filing fee (see Mot. Ex. 1), and, thereafter, plaintiff submitted a check in the amount of $350.00, which check was deposited by the Clerk's Office (see Docket Entry, dated July 24, 2009). As noted, however, no filing fee was due in the instant action.

Accordingly,

1. To the extent plaintiff seeks a refund of the $350.00 he paid to the Clerk's Office, plaintiff's motion is hereby GRANTED, and the Clerk is hereby DIRECTED to refund such funds to plaintiff.

2. In all other respects, plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: July 28, 2009

MAXINE M. CHESNEY
United States District Judge