IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROBINSON, | No. C-09-2075 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ARGENT MORTGAGE COMPANY, LLC, et al., | |
| Defendants. | |

In light of the status of the above-titled action, specifically, plaintiff's having filed, on August 25, 2009, a Second Amended Complaint, to which defendants have not yet responded, the Case Management Conference currently scheduled for September 4, 2009 is hereby CONTINUED to December 18, 2009. A Joint Case Management Statement shall be filed no later than December 11, 2009.

**IT IS SO ORDERED.**

Dated: August 26, 2009

_____
MAXINE M. CHESNEY
United States District Judge