IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. ROBINSON,<br><br>    Plaintiff,<br>  v.<br><br>ARGENT MORTGAGE COMPANY LLC, et al.,<br><br>    Defendants / | No. C-09-2075 MMC<br><br>**ORDER DENYING AS MOOT DEFERRED PORTION OF DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT; DENYING AS MOOT DEFENDANT ARGENT'S MOTION TO STRIKE ALLEGATIONS IN SECOND AMENDED COMPLAINT** |

By order filed October 6, 2009, the Court granted in part and deferred in part ruling on defendants' motions to dismiss plaintiff's Second Amended Complaint ("SAC"), and deferred ruling on defendant Argent Mortgage Company LLC's ("Argent") motion to strike certain allegations in the SAC. Specifically, the Court dismissed the federal claims in the SAC, afforded plaintiff leave to file a Third Amended Complaint ("TAC"), deferred ruling on defendants' respective motions to dismiss to the extent the motions sought dismissal of the state law claims in the SAC, and deferred ruling on Argent's motion to strike.

On October 27, 2009, plaintiff filed a Third Amended Complaint. By order filed November 6, 2009, the Court struck the Third Amended Complaint, and afforded plaintiff leave to file a Fourth Amended Complaint ("4AC"). Thereafter, on November 23, 2009, plaintiff filed a 4AC, which, at present, is the operative pleading in the above-titled action.

"[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

Accordingly, the Court hereby DENIES as moot defendants' motions to dismiss the SAC to the extent the motions seek dismissal of the state law claims alleged therein, and DENIES as moot Argent's motion to strike certain allegations in the SAC.

Finally, the Court notes that Argent, on December 7, 2009, filed a motion to dismiss the 4AC and a motion to strike certain allegations in the 4AC. Argent's motions directed at the 4AC are not affected by the instant order, and remain as scheduled for hearing on January 15, 2010.

**IT IS SO ORDERED.**

Dated:  December 8, 2009

MAXINE M. CHESNEY
United States District Judge