**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                                IN THE UNITED STATES DISTRICT COURT
9                              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   ANTHONY M. ROBINSON,                          No. C-09-2075 MMC
12              Plaintiff,                          **ORDER CONTINUING CASE**
                                                    **MANAGEMENT CONFERENCE**
13        v.
14   ARGENT MORTGAGE COMPANY, LLC, et
     al.,
15              Defendants
16   _____/
17
18        Before the Court is defendants' Joint Case Management Report, filed December 11,
19   2009.
20        In light of the pendency of defendants' motions to dismiss, each of which is noticed
21   for hearing on January 15, 2010, the Case Management Conference, currently scheduled
22   for December 18, 2009 is hereby CONTINUED to March 5, 2010.  A Joint Case
23   Management Statement shall be filed no later than February 26, 2010.
24        **IT IS SO ORDERED.**
25
26   Dated: December 15, 2009
                                                    MAXINE M. CHESNEY
27                                                  United States District Judge
28