IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. ROBINSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ARGENT MORTGAGE COMPANY, LLC, et al.,<br><br>    Defendants / | No. C-09-2075 MMC<br><br>**ORDER DIRECTING DEFENDANT ARGENT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On December 7, 2009, defendant Argent Mortgage Company, LLC ("Argent") electronically filed its motion to dismiss plaintiff's Fourth Amended Complaint.  Argent has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.[1]

    Argent is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

---

[1] On December 7, 2009, Argent also filed a motion to strike; a chambers copy of the motion to strike was timely delivered to the Clerk's Office.

document. Argent is hereby advised that if it fails in the future to comply with General Order 45 and the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: December 22, 2009

MAXINE M. CHESNEY
United States District Judge